U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 JUN 21 PM 12: 41

CLERK
BY EH
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

THE ESTATE OF GREGORY DAVIS,        )
Melissa Davis, Administrator and    )
MELISSA DAVIS, individually,        )
          Plaintiffs,              )
                                    )
       v.                           )   Civil Case No. 5:22-cv-123
                                    )
SERHAT DANIEL GUMRUKCU,              )
          Defendant.               )

## DEMAND FOR TRIAL BY JURY

The plaintiffs demand trial by jury.

Dated: June 20, 2022

                THE ESTATE OF GREGORY DAVIS,
                Melissa Davis, Administrator, and
                MELISSA DAVIS, Individually

By: /s/ Michael F. Hanley
Michael F. Hanley
Paul J. Perkins
Plante & Hanley, P.C.
Post Office Box 708
White River Junction, VT 05001
802-295-3151
mfhanley@plantehanley.com
pjperkins@plantehanley.com

Andrew B. Delaney
Stefan Ricci
Martin Delaney & Ricci Law Group
100 North Main Street
Barre, VT 05641
802-479-0568
andrew@mdrvt.com
stefan@mdrvt.com

Plante & Hanley, P.C.