**Watch**

| US | Dow -0.13% | S&P 500 0.22% | Nasdaq 1.43% | GlobalDow -2.86% | Gold 0.05% | Oil 0.84% |

Home > Investing > Stocks > ENOB > Overview

ENOB  U.S.: Nasdaq

# Enochian Biosciences Inc.   + WATCH

🌙 AFTER HOURS

$**3.4600**

0.00  0.00%

After Hours Volume: **5.77K**

Last Updated: Jun 17, 2022 4:45 p.m. EDT
Delayed quote



EXHIBIT 1

| CLOSE | CHG | CHG % |
|---|---|---|
| $3.4600 | 0.2300 | 7.12% |

1D   $   %   VOL

$3.6
$3.4
$3.2

10am    12pm    2pm    4pm    6pm    8pm

After-Hours

**VOLUME: 485.04K**        65 DAY AVG: 386.69K
125% VS AVG

| 3.2600 | DAY RANGE | 3.6300 |
| 2.6700 | 52 WEEK RANGE | 13.7799 |

| Become a MarketWatch subscriber today. Get Unlimited Access for

Watch

OVERVIEW | **PROFILE** | CHARTS | FINANCIALS | HISTORICAL QUOTES | ANALYST ESTIMATES | OPTIONS

## KEY DATA

| | |
|---|---|
| **OPEN** $3.4000 | **DAY RANGE** 3.2600 - 3.6300 |
| **52 WEEK RANGE** 2.6700 - 13.7799 | **MARKET CAP** $183.21M |
| **SHARES OUTSTANDING** 52.95M | **PUBLIC FLOAT** 12.45M |
| **BETA** 0.91 | **REV. PER EMPLOYEE** N/A |
| **P/E RATIO** N/A | **EPS** -$0.7755 |
| **YIELD** N/A | **DIVIDEND** N/A |
| **EX-DIVIDEND DATE** N/A | **SHORT INTEREST** 3M 05/31/22 |
| **% OF FLOAT SHORTED** 24.06% | **AVERAGE VOLUME** 386.69K |

## PERFORMANCE

| | |
|---|---|
| 5 Day | -8.47% |
| 1 Month | -44.73% |
| 3 Month | -58.96% |
| YTD | -52.54% |
| 1 Year | -40.34% |

## RECENT NEWS

MARKETWATCH                                                                 DOW JONES

**Enochian Biosciences Shares Rise After Founder's Indictment**
May. 26, 2022 at 11:45 a.m. ET