UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| THE ESTATE OF GREGORY DAVIS, | ) | |
| Melissa Davis, Administrator and | ) | |
| MELISSA DAVIS, individually, | ) | |
| Plaintiffs, | ) | Civil Case. No.: 5:22-cv-0123 |
| | ) | |
| v. | ) | |
| | ) | |
| SERHAT DANIEL GUMRUKCU, | ) | |
| Defendant. | ) | |

## ORDER RE WILLIAM ANDERSON WITTEKIND'S EMERGENCY MOTION TO INTERVENE AND MOTION TO CLARIFY THE WRIT OF ATTACHMENT

On November 25, 2022, William Anderson Wittekind filed an Emergency Motion to Intervene and a Motion to Clarify the Writ of Attachment. These motions are granted.

As Mr. Wittekind is not a party to this action, there is no lawful basis to attach his separate legal property. Plaintiff's counsel agrees that Mr. Wittekind is not a party to this action and that there is no legal basis to attach his property.

Accordingly, the Court enters this Order clarifying its July 7 Order of Approval in the above-referenced action to state that Mr. Wittekind's paper stock certificates, by whomever or however held, including without limitation those held in J.P. Morgan account number ending in 6024, are not subject to the Court's writ of attachment and should be immediately released to him.

_____
Honorable Geoffrey Crawford