UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| THE ESTATE OF GREGORY DAVIS, )<br>Melissa Davis, Administrator and )<br>MELISSA DAVIS, individually, )<br>  )<br>Plaintiffs, )<br>  )<br>v. )<br>  )<br>SERHAT DANIEL GUMRUKCU, )<br>  )<br>Defendants. ) | Case No. 5:22-cv-123 |

## ORDER

The court GRANTS defendant Gumruckcu's motion for extension of time (Doc. 20, 21) but limits the extension to thirty (30) days. A response to the complaint is due not later than January 2, 2023. A response to the motion to enforce the writ of attachment (Doc. 22) and the motions to intervene and to clarify (Doc. 23 and 24) are also due not later than January 2, 2023. The court will set a motion hearing by video on all pending motions after these responses are filed.

Dated at Burlington, in the District of Vermont, this 28th day of November, 2022.

Geoffrey W. Crawford, Chief Judge
United States District Court