UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| THE ESTATE OF GREGORY DAVIS, | ) | |
| Melissa Davis, Administrator and | ) | |
| MELISSA DAVIS, individually, | ) | |
| Plaintiffs, | ) | Civil Case. No.: 5:22-cv-0123 |
| | ) | |
| v. | ) | |
| | ) | |
| SERHAT DANIEL GUMRUKCU, | ) | |
| Defendant. | ) | |

## SG&AW HOLDINGS LLC'S AND GTB HOLDINGS LLC'S NOTICE TO THE COURT REGARDING WRIT OF ATTACHMENT

NOW COMES, SG&AW Holdings LLC and GTB Holdings LLC, by and through their attorneys, and notifies the Court of the following.  While the Writ of Attachment issued in the above-captioned action on July 7, 2022, specifies defendant Serhat Gumrukcu's interest in SG&AW Holdings, LLC, and GTB Holdings, LLC, defendant has no interest in either of these LLC's and had no interest at the time of the writ of attachment, the petition for the writ of attachment or the filing of the complaint.  Since 2020, the sole member and owner of SG&AW Holdings has been William Anderson Wittekind.  See Exhibit 1.  SG&AW Holdings LLC, in turn, is the sole member and owner of GTB Holdings, LLC.  See Exhibit 2.

DATED at Burlington, Vermont this 9th day of December 2022.

          **SG&AW HOLDINGS, LLC AND GTB HOLDINGS, LLC**

by:    */s/Heather E. Ross*
       **SHEEHEY FURLONG & BEHM P.C.**
       Heather E. Ross
       30 Main Street, 6th Floor
       PO Box 66
       Burlington, VT 05402-0066
       (802) 864-9891
       hross@sheeheyvt.com

Of Counsel:

**SG&AW HOLDINGS, LLC AND GTB HOLDINGS, LLC**

by:    */s/Annemarie McAvoy*

       **McAvoy Legal Services P.C.**
       161-16 84th Drive
       Jamaica, NY 11432
       (917) 750-8131
       mcavoypc@rocketmail.com

**CERTIFICATE OF SERVICE**

I, Heather E. Ross, counsel for SG&AW Holdings LLC and GTB Holdings LLC, do hereby certify that on December 9, 2022, I caused to be filed with the Clerk of Court the following document using the CM/ECF system:

**SG&AW HOLDINGS LLC'S  AND GTB HOLDINGS LLC'S NOTICE TO THE COURT REGARDING WRIT OF ATTACHMENT**

The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF parties:

Andrew B. Delaney, Esq.  
andrew@mdrvt.com

Paul J. Perkins, Esq.  
pjperkins@plantehanley.com

Michael F. Hanley, Esq.  
mfhanley@plantehanley.com

Stefan Ricci, Esq.  
stefan@mdrvt.com

A copy will be delivered via U.S. Mail, postage prepaid to the following Non-NEF listed below:

Serhat Daniel Gumrukcu  
Northwest State Correctional Facility  
3649 Lower Newton Rd.  
Swanton, VT 05488

DATED at Burlington, Vermont this 9th day of December 2022.

> **SG&AW HOLDINGS, LLC AND**
> **GTB HOLDINGS, LLC**
>
> by:   */s/Heather E. Ross*
>       **SHEEHEY FURLONG & BEHM P.C.**
>       Heather E. Ross
>       30 Main Street, 6th Floor
>       PO Box 66
>       Burlington, VT 05402-0066
>       (802) 864-9891
>       hross@sheeheyvt.com