UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| THE ESTATE OF GREGORY DAVIS, )<br>Melissa Davis, Administrator and )<br>MELISSA DAVIS, individually, )<br>      Plaintiffs, )<br>)<br>  v. )<br>)<br>SERHAT DANIEL GUMRUKCU, )<br>      Defendant. ) | Civil Case No. 5:22-cv-0123-gwc |

## CERTIFICATE OF SERVICE

I certify that on April 10, 2023, I served the *Amended Complaint* on all counsel of record by email: lshelkrot@langrock.com; hross@sheeheyvt.com; andrew@mdrvt.com; and stefan@mdvrt.com.

Dated: April 10, 2023

           THE ESTATE OF GREGORY DAVIS,
           Melissa Davis, Administrator, and
           MELISSA DAVIS, Individually

           By: /s/ Paul J. Perkins
             Paul J. Perkins
             Plante & Hanley, P.C.
             Post Office Box 708
             White River Junction, VT 05001
             802-295-3151
             pjperkins@plantehanley.com

Plante &
Hanley, P.C.