UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| THE ESTATE OF GREGORY DAVIS, Melissa Davis, Administrator, and MELISSA DAVIS, individually,<br><br>Plaintiffs,<br><br>v.<br><br>SERHAT DANIEL GUMRUKCU,<br><br>Defendant. | Case No. 5:22-cv-123 |

ORDER ON RESPONSES AND OBJECTIONS TO PROPOSED WRIT OF ATTACHMENT
(Docs. 70, 71)

In light of defendant Gumrukcu's and Mr. Wittekind's responses and objections (Docs. 70, 71) to Plaintiffs' proposed order of approval (Doc. 69), the court allows 10 days for the plaintiffs to file an amended motion for writ of attachment. Defendants then have 10 days to respond. Once motion practice is complete, the court will schedule a hearing. The purpose of the hearing is to permit both sides to introduce evidence if they choose concerning the basis for the proposed attachment of property owned in common by Dr. Gumrukcu and Mr. Wittekind or held in Mr. Wittekind's name only.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 21st day of April, 2023.

Geoffrey W. Crawford, Chief Judge
United States District Court