NOTICE OF HEARING

---

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Melissa Davis and Estate of Gregory Davis

    v.                          Case No. 5:22-cv-00123

Serhat Daniel Gumrukcu

TAKE NOTICE that the above-entitled case has been scheduled from 01:30 p.m. to 02:30 p.m. on Friday, September 01, 2023 in Burlington, Vermont, before Honorable Geoffrey W. Crawford, District Judge, for a Hearing on the Plaintiffs' Amended Petition for a Writ of Attachment (Doc 73).

| | |
|---|---|
| Location: 110 | JEFFREY S. EATON, Clerk |
| | By: */s/ Sharrah J. LeClair* |
| | Deputy Clerk |
| | 8/15/2023 |

TO:

Andrew B. Delaney, Esq.
Michael F. Hanley, Esq.
Paul J. Perkins, Esq.
Stefan Ricci, Esq.

Lisa B. Shelkrot, Esq.

Heather E. Ross, Esq.

Sunnie Donath, Court Reporter