REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Melissa Davis and Estate of Gregory Davis

v.                                          Case No. 5:22-cv-00123

Serhat Daniel Gumrukcu

TAKE NOTICE that the above-entitled case has been rescheduled at 01:30 p.m. on Thursday, September 14, 2023 in Burlington, Vermont, before Honorable Geoffrey W. Crawford, District Judge, for a Hearing on the Plaintiffs' Amended Petition for a Writ of Attachment (Doc. 73).

Location: 110                               JEFFREY S. EATON, Clerk
*RESCHEDULED FROM:  9/1/2023 at 01:30 PM*   By: */s/ Sharrah J. LeClair*
                                            Deputy Clerk
                                            9/11/2023

TO:

Andrew B. Delaney, Esq.
Michael F. Hanley, Esq.
Paul J. Perkins, Esq.
Stefan Ricci, Esq.

Lisa Shelkrot, Esq.

Heather E. Ross, Esq.

Sunnie Donath, Court Reporter