**United States District Court**
Office of the Clerk
District of Vermont
Federal Building
**Burlington, Vermont 05402-0945**

**Jeffrey S. Eaton**
Clerk

☒  P.O. Box 945
Burlington 05402-0945
(802) 951-6301

❏  P.O. Box 607
Rutland 05702-0607
(802) 773-0245

September 18, 2023

Andrew B. Delaney , Esq.
Martin & Delaney Law Group
100 North Main Street, Suite 2
P.O. Box 607
Barre, VT 05641-0607

Lisa B. Shelkrot , Esq.
Langrock Sperry & Wool
210 College Street
Suite 400
Burlington, VT 05401

Michael F. Hanley, Esq.
Paul J. Perkins, Esq.
Plante & Hanley, P.C.
82 Fogg Farm Road
P.O. Box 708
White River Junction, VT 05001-0708

Re:   *Estate of Gregory Davis et al v. Gumrukcu*
      Docket No.  5:22-cv-123

Dear Counsel:

I am writing to you regarding the Early Neutral Evaluation (ENE) process in the above-captioned matter. The parties stipulated to William A Mulvey, Jr., Esq. as the Early Neutral Evaluator on August 17, 2023 (Document 88).  Please provide the Court, *in writing* by **October 2, 2023**, with a date and time certain for the session.

Please do not hesitate to contact me with any questions.

Sincerely,

*/s/ Lisa Wright*
Acting ENE Administrator
(802) 951-8116

cc:   William A. Mulvey, Jr., Esq.