UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| THE ESTATE OF GREGORY DAVIS, )<br>Melissa Davis, Administrator, and )<br>MELISSA DAVIS, individually, )<br>                    Plaintiffs, )<br>                     )<br>      v.                      )<br>                     )<br>SERHAT DANIEL GUMRUKCU, )<br>WILLIAM ANDERSON WITTEKIND, )<br>SG & AW HOLDINGS, LLC, and )<br>GTB HOLDINGS, LLC, )<br>                    Defendants. ) | Civil Case No. 5:22-cv-0123-gwc |

## ACCEPTANCE AND WAIVER OF SERVICE

I, Lisa Shelkrot, counsel for Serhat Daniel Gumrukcu, accept service of the *Amended Writ of Attachment* dated October 30, 2023, *List of Exemptions, Order of Approval* dated October 27, 2023, and the *Opinion and Order on Motion for Entry of Proposed Order Regarding Writ of Attachment* dated October 27, 2023 on behalf of Mr. Gumrukcu.

Mr. Gumrukcu waives personal service and any and all other forms of service.

Dated: December __21_, 2023

_____
Lisa Shelkrot, Counsel for
Serhat Daniel Gumrukcu