UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| THE ESTATE OF GREGORY DAVIS, AND MELISSA DAVIS,<br>　　　　　Plaintiff,<br><br>　v.<br><br>SERHAT DANIEL GUMRUKCU, ET AL,<br>　　　　　Defendant. | Docket No. 5:22-CV-00123 |

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of May 2024, I caused to be electronically filed with the Clerk of Court, Defendant Gumrukcu's Response in Opposition to Plaintiffs' Motion to Attach Additional Property by using the CM/ECF system. The CM/ECF System will provide service of such filing(s) via Notice of Electronic Filing (NEF) to the following NEF party(ies):

Andrew B. Delaney, Esq.
Stefan Ricci, Esq.
andrew@mdrvt.com
stefan@mdrvt.com
*Attorneys for The Estate of Gregory Davis and Melissa Davis*
Heather Ross, Esq.
hross@sheeheyvt.com
*Attorneys for Intervenor William Anderson Wittekind*

Michael F. Hanley, Esq.
Paul J. Perkins, Esq.
mfhanley@plantehanley.com
pjperkins@plantehanley.com
*Attorneys for The Estate of Gregory Davis and Melissa Davis*

DATED at Burlington, Vermont this 24th day of May, 2024.

LANGROCK SPERRY & WOOL, LLP



Lisa B. Shelkrot, Esq.
ERN: 2441
210 College Street, Suite 400
Burlington, VT 05401
lshelkrot@langrock.com
Phone: (802) 864-0217

*Attorneys for Defendant Serhat Gumrukcu, et al*

2142652.1

2