UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| THE ESTATE OF GREGORY DAVIS,<br>Melissa Davis, Administrator and<br>MELISSA DAVIS, individually,<br>       Plaintiffs,<br><br>   v.<br><br>SERHAT DANIEL GUMRUKCU,<br>WILLIAM A. WITTEKIND,<br>SG & AW HOLDINGS, LLC and<br>GTB HOLDINGS, LLC,<br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Case No. 5:22-cv-0123-gwc<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I certify that on February 18, 2026, I served:

1. Doc. 126, Mail returned as undeliverable re: 124 Order on 123 Motion for Extension of Time to File Motion to Dismiss;

2. Doc. 136, Mail returned as undeliverable re: 133 Order;

3. Doc. 147, Mail returned as undeliverable re: 143 Order on Motion for Extension of Time to File;

4. Doc. 151, Mail returned as undeliverable re: 144 Order on Motions to Dismiss; and

5. Doc. 152, *Melissa Davis' Motion for Partial Summary Judgment*, together with attachments 1, 2, 3, 4, 5, 6, 7, and 8;

on the defendants, who are *pro se*, by U. S. Mail, first class postage paid, addressed to:

  Serhat Gumrukcu, Register No. 07333-506
  USP Atwater
  U.S. Penitentiary
  P.O. Box 019001
  Atwater, CA   95301; and

Plante &
Hanley, P.C.

        William A. Wittekind,
        8603 Santa Monica Boulevard, Suite 36381
        West Hollywood, CA 90069.

Dated: February 18, 2026

                THE ESTATE OF GREGORY DAVIS,
                Melissa Davis, Administrator, and
                MELISSA DAVIS, Individually

                By: /s/ Paul J. Perkins
                    Paul J. Perkins
                    Plante & Hanley, P.C.
                    Post Office Box 708
                    White River Junction, VT 05001
                    802-295-3151
                    pjperkins@plantehanley.com