U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 AUG 11 A 11: 10

CLERK

BY _____ *Claa* _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

THE ESTATE OF GREGORY DAVIS,    )
Melissa Davis, Administrator, and MELISSA  )
DAVIS, individually,    )
   )
   )
Plaintiffs,    )
   )
v.    )     Case No. 5:22-cv-123
   )
SERHAT DANIEL GUMRUKCU,    )
WILLIAM ANDERSON WITTEKIND,  )
SG & AW HOLDINGS, LLC, and GTB  )
HOLDINGS, LLC,    )
   )
Defendants.    )

## ORDER ON MOTION FOR PARTIAL SUMMARY JUDGMENT
### (Doc. 152)

This wrongful-death case arises out of the kidnapping and murder of Gregoy Davis on

January 6, 2018, in or near Danville, Vermont. Following a jury trial, defendant Serhat

Gumrukcu was convicted on three counts (conspiracy to violate 18 U.S.C. § 1958; 18 U.S.C.

§ 1958; and conspiracy to violate 18 U.S.C. § 1349) and is serving a life sentence. Judgment,

*United States v. Gumrukcu*, No. 22-cr-58 (D. Vt. Dec. 11, 2025), ECF No. 431. He has a

pending appeal. Criminal Appeal, *United States v. Gumrukcu*, No. 25-3196 (2d Cir. Dec. 22,

2025).

There are four defendants in this civil case. These are Mr. Gumrukcu and his spouse

William Wittekind and two California limited liability corporations: SG & AW Holdings LLC

and GTB Holdings LLC. All have been served.

The civil case was stayed during the criminal case except for Plaintiffs' motion for pre-

judgment attachment. (Docs. 66, 94.) Following the jury verdict, the court granted the

plaintiffs' motion to lift the stay and set a pre-trial schedule concluding with trial readiness by April 1, 2026. (Doc. 121.)

On December 16, 2025, the court denied motions to dismiss filed by Mr. Wittekind and the two LLCs. (Doc. 144.)

On January 15, 2026, Plaintiffs filed a motion for partial summary judgment against Mr. Gumrukcu only. (Doc. 152.) The basis for the motion is collateral estoppel arising from Mr. Gumrukcu's conviction in the criminal case.

Mr. Wittekind filed an answer to the amended complaint on May 26, 2026. (Doc. 166.) Mr. Gumrukcu filed an answer to the amended complaint on June 18, 2026. (Doc. 174.) Both individual defendants represent themselves. Mr. Wittekind has filed a "Statement Regarding Representation of LLC Defendants" in which he represents that neither LLC will be represented by counsel . . . [and] will be in default following the deadline of May 26, 2026 established by this Court [for appearance of counsel.]" (Doc. 166.)

The court ORDERS as follows:

1. Pursuant to Fed. R. Civ. P. 55(b)(2), Plaintiffs shall file a motion for default against the LLCs not later than September 15, 2026.

2. The court GRANTS Plaintiffs' motion for partial summary judgment against defendant Gumrukcu on the issue of liability only. The basis for this order is Defendant's failure to file an opposition to the motion that was filed in January 2026 (Doc. 152), and because the court is satisfied that Plaintiffs have met their burden to show the absence of a genuine dispute of any fact material to Mr. Gumrukcu's liability, as well as their entitlement to judgment as a matter of law due to "crossover" collateral estoppel. *See* Fed. R. Civ. P. 56(e)(3). The pending criminal appeal does not negate the estoppel.

*See* 18A Charles Allan Wright et al., *Federal Practice and Procedure: Jurisdiction* § 4433 (3d ed. updated Apr. 2026) ("[A] final judgment retains all of its res judicata consequences pending decision of the appeal.").

The court allows four months for the completion of discovery. Discovery shall be complete by December 31, 2026. Either side may file a motion seeking additional time based upon a showing of good cause. Absent an extension, the court will schedule a jury trial after January 1, 2027, on all issues as to defendant Wittekind and on damages as to defendant Gumrukcu.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 11th day of August, 2026.

Geoffrey W. Crawford, Judge
United States District Court

3